IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| R.B. DeBLANC, #1097068 | § § | |
| v. | § § § | CIVIL ACTION NO. G-06-251 |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § § § | |

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on October 19, 2006. Petitioner filed no objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of R.B. DeBlanc (Instrument No. 1) is **DISMISSED** as time-barred.

**DONE** at Galveston, Texas this 27th day of November, 2006.

_____
Samuel B. Kent
United States District Judge